IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**IN RE NILTON IDARRAGA,**                         CASE NO.: 3:13-bk-07511

    **Debtor.**
_____/

**NILTON IDARRAGA,**

    Plaintiff,

                                    Adv. Pro. No.: 3:14-ap-433-JAF

vs.

**JEFFERSON CAPITAL SYSTEMS, LLC,**

    **Defendant.**
_____/

## DEFENDANT'S MOTION FOR ADMISSION
## PRO HAC OF ATTORNEY PAUL J. CATANESE

Defendant Jefferson Capital Systems, LLC ("Defendant"), pursuant to Local Rule 2090-1(c) of the United States Bankruptcy Court, Middle District of Florida, hereby moves for entry of an Order allowing a special appearance *pro hac vice* in this cause on behalf of Defendant by attorney Paul J. Catanese to appear specially as co-counsel for Defendant with the law firm of McGuireWoods LLP in the above-titled cause. In support hereof, Defendant states:

1.    Mr. Catanese is an attorney with the law firm of McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, Illinois 60601.

2.    Mr. Catanese is a member in good standing with the bar of the State of Illinois. Mr. Catanese is a member in good standing of the bar of the (i) United States District Court for the Northern District of Illinois, (ii) United States District Court for the Eastern District of Wisconsin, (iii) United States Court of Appeals for the Fourth Circuit, (iv) United States District

Court for the Southern District of Indiana; (v) United States District Court for the District of Colorado; and (vi) Illinois Supreme Court.

3. Mr. Catanese certifies that, during the preceding twelve (12) months, he has sought to appear *pro hac vice* only twice in a Florida proceeding and does not maintain a regular practice of law in Florida. Those proceedings are before the United States District Court, Middle District of Florida, Jacksonville Division, styled as follows:

(i) *Emma Jackson Sanders v. Jefferson Capital Systems, LLC,* Case No. 3:14-cv-971-TJC-MCR.

(ii) *Stephen B. Williams and Rosalind R. Williams v. Jefferson Capital Systems, LLC,* Case No. 3:14-cv-968-J-39PDB.

4. Mr. Catanese has specialized knowledge concerning the issues in this case.

5. Mr. Catanese is familiar with, and will be governed by, the Local Rules, United States Bankruptcy Court, Middle District of Florida. Mr. Catanese is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Daniel F. Blanks, Esq. of McGuireWoods LLP will remain as local co-counsel upon whom all notices and papers may be served and who will be responsible for the progress of the case. Through his signature affixed below, Mr. Blanks hereby consents to such designation.

WHEREFORE, Defendant respectfully requests that this Court enter an Order admitting Paul J. Catanese to appear specially as co-counsel on its behalf and to practice before this Court *pro hac vice* in this case.

McGUIREWOODS LLP

By: */s/ Daniel F. Blanks*
    Daniel F. Blanks (FL Bar No. 88957)
    dblanks@mcguirewoods.com
    50 North Laura Street, Suite 3300
    Jacksonville, FL 32202
    Telephone: (904) 798-3200
    Facsimile: (904) 798-3207

*Attorneys and Trial Counsel for Defendant Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Email on November 13, 2014 to the following:

Max Hunter Story, Esq.
Max Hunter Story, P.A.
329 2nd Avenue North
Jacksonville Beach, FL 32250
(904) 372-4109
(904) 758-5333 (fax)
max@maxstorylaw.com
*Attorneys for Plaintiff Nilton Idarraga*

Bryan Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 (fax)
bkmickler@planlaw.com
*Attorneys for Plaintiff Nilton Idarraga*

Scott C. Borison, Esq.
Primary Email: borison@legglaw.com
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
(301) 620-1016
(301) 620-1018 (fax)
*Attorneys for Plaintiff Nilton Idarraga*

    */s/ Daniel F. Blanks*
    Attorney

61597963_1