[30135]Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:13−bk−07511−JAF |
| | Chapter 13 |
| Nilton J. Idarraga | |
| _____Debtor(s)_____ / | |
| Nilton J Idarraga | |
|     Plaintiff(s) | |
| vs. | Adv. No. 3:14−ap−00433−JAF |
| Jefferson Capital Systems, LLC | |
| _____Defendant(s)_____ / | |

ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

    This case came before the Court upon Motion of Paul J. Catanese, a non−resident of Florida and counsel for Jefferson Capital Systems, LLC, pursuant to Local Rule 2090−1 to waive the requirement for local counsel. Good cause exists and, it is

    ORDERED: Local Rule 2090−1 permits appearance without formal admission of a non−resident of Florida and the requirement for local counsel is waived.

    DATED on November 18, 2014.

_____
Jerry A. Funk
United States Bankruptcy Judge