**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN RE NILTON IDARRAGA,**                          CASE NO.: 3:13-bk-07511-JAF

    Debtor.
_____/

**NILTON IDARRAGA,**

    Plaintiff,

vs.                                              Adv. Proc. No.: 3:14-ap-433-JAF

**JEFFERSON CAPITAL SYSTEMS, LLC,**

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S**
**OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

THIS MATTER came before the Court upon Defendant Jefferson Capital Systems, LLC's Unopposed Motion for Enlargement of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss [D.E. 37], and the Court being otherwise advised in the premises, it is hereby,

    **ORDERED AND ADJUDGED:**

    1.    Defendant Unopposed Motion for Enlargement of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss [D.E. 37] is hereby GRANTED.

2.   Defendant shall up to and including February 26, 2015 to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

DONE AND ORDERED in Chambers at Jacksonville, Florida this 12th day of February, 2015.

_____
JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Daniel F. Blanks, Esq.
Max Story, Esq.
Scott C. Borison, Esq.
Bryan Mickler, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.

55934238_1.DOCX

64458072_1