[3F0187] [Notice of Status Conference]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:13–bk–07511–JAF
                                                    Chapter 13
Nilton J Idarraga


_____Debtor(s)_____/

Nilton J Idarraga



          Plaintiff(s)


vs.                                                 Adv. Pro. No. 3:14–ap–00433–JAF



Jefferson Capital Systems, LLC



_____Defendant(s)_____/

## NOTICE OF STATUS CONFERENCE

   Please take notice that a Rule 26(f) status conference will be held on April 28, 2015 , at 10:00 a.m. , in 4th Floor Courtroom D , United States Courthouse Building, 300 North Hogan Street, Jacksonville, Florida.

   1. This status conference is being held by the Court to allow the parties to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement of the case, to make or arrange for mandatory disclosure as provided for in Fed. R. Civ. P. 26(a), and to present the proposed discovery plan.

   2. The proposed discovery plan need not be in writing or filed with the Court unless otherwise ordered by the Court.

   3. The attorneys of record and all unrepresented parties that have appeared in the case are responsible for being present or represented at the status conference and for attempting in good faith to agree on the proposed discovery plan.

   4. Pursuant to Fed. R. Civ. P. 26(d), no discovery may be sought before the status conference is held.

<u>Appropriate Attire</u>. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints</u>. You are reminded that Local Rule 5073–1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on February 19, 2015

        Lee Ann Bennett , Clerk of Court
        300 North Hogan Street Suite 3–350
        Jacksonville, FL 32202

Copies furnished to:

    Plaintiff(s)' Attorney, Defendant(s)' Attorney